IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:08cr6DCB-LRA

PRESTON MEYKE

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against PRESTON MEYKE without prejudice.

DUNN LAMPTON
United States Attorney

By:  s/*Gerald M. Abdalla, Jr.*
Gerald M. Abdalla, Jr.
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this   10th   day of         June        , 2008.


s/ David Bramlette
UNITED STATES DISTRICT JUDGE